**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**November 14, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JASMINE DEVINCENTIS,

    Defendant - Appellant.

No. 24-2114
(D.C. No. 1:20-CR-01564-KWR-2)
(D. N.M.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **TYMKOVICH**, **EBEL**, and **ROSSMAN**, Circuit Judges.
_____

The government moves to enforce Jasmine Devincentis's appeal waiver.

*See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc)

(per curiam).  Ms. Devincentis acknowledges her waiver is enforceable.  Based on

the parties' positions and our independent review, we grant the government's motion.

This appeal is dismissed.

Entered for the Court

Per Curiam

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.